IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ELLIOTT HAROLD FINCH, JR.**  **PLAINTIFF**
**ADC #163035**

VS.  4:20-CV-00264-BRW

**LESLIE RUTLEDGE,** *et al***.**  **DEFENDANTS**

## JUDGMENT

Based on the order entered today, this case is DISMISSED without prejudice.

IT IS SO ORDERED this 13th day of March, 2020.


                                                Billy Roy Wilson
                                                UNITED STATES DISTRICT JUDGE