UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

_____

No: 20-1695
_____

Elliott Finch, Jr.

Plaintiff - Appellant

v.

Leslie Rutledge, Attorney General, State of Arkansas; Robert Batton, Former District Judge; Leon Johnson, Circuit Judge, Pulaski County; Bill Simpson, Public Defender, Pulaski County; City of Jacksonville

Defendants - Appellees

_____

Appeal from U.S. District Court for the Eastern District of Arkansas - Central
(4:20-cv-00264-BRW)
_____

**JUDGMENT**

Before LOKEN, SHEPHERD, and GRASZ, Circuit Judges.

This court has reviewed the original file of the United States District Court. It is ordered by the court that the judgment of the district court is summarily affirmed. See Eighth Circuit Rule 47A(a). The motion for appointment of counsel and the motion to proceed on appeal in forma pauperis filed by Appellant Mr. Elliott Finch Jr. are denied as moot. The full $505 appellate and docketing fees are assessed against the appellant. The court remands the collection of those fees to the district court.

July 27, 2020

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Michael E. Gans

# United States Court of Appeals
*For The Eighth Circuit*

Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

July 27, 2020

Mr. Elliott Finch Jr.
VARNER CORRECTIONAL FACILITY
114470
P.O. Box 600
Grady, AR  71644-0600

RE:  20-1695  Elliott Finch, Jr. v. Leslie Rutledge, et al

Dear Mr. Finch:

     Enclosed is a copy of the dispositive order in the referenced appeal. Please note that FRAP 40 of the Federal Rules of Appellate Procedure requires any petition for rehearing to be filed within 14 days after entry of judgment. Counsel-filed petitions must be filed electronically in CM/ECF. Paper copies are not required. This court strictly enforces the 14 day period. **No grace period for mailing is granted** for pro-se-filed petitions. A petition for rehearing or a motion for an extension of time must be filed with the Clerk's office within the 14 day period.

                             Michael E. Gans
                             Clerk of Court

BNW

Enclosure(s)

cc:    Mr. Jim McCormack

       District Court/Agency Case Number(s):   4:20-cv-00264-BRW

# John Hibbs

| | |
|---|---|
| **From:** | ca08ml_cmecf_Notify@ca8.uscourts.gov |
| **Sent:** | Monday, July 27, 2020 1:10 PM |
| **Subject:** | 20-1695 Elliott Finch, Jr. v. Leslie Rutledge, et al "judgment filed sua sponte affirmed 47A" (4:20-cv-00264-BRW) |

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

## Eighth Circuit Court of Appeals

**Notice of Docket Activity**

The following transaction was filed on 07/27/2020

| | |
|---|---|
| **Case Name:** | Elliott Finch, Jr. v. Leslie Rutledge, et al |
| **Case Number:** | 20-1695 |
| **Document(s):** | Document(s) |

**Docket Text:**
**JUDGMENT FILED -** This case is summarily affirmed in accordance with Eighth Circuit Rule 47A. The motion for appointment of counsel and the motion to proceed on appeal in forma pauperis filed by Appellant Mr. Elliott Finch Jr. are denied as moot [4907089-2], [4907083-2]. The full $505 appellate and docketing fees are assessed against the appellant. The court remands the collection of those fees to the district court. JAMES B. LOKEN, BOBBY E. SHEPHERD and L. STEVEN GRASZ Adp July 2020 [4938345] [20-1695] (Britny Williams)

**Notice will be electronically mailed to:**

Mr. Jim McCormack, Clerk of Court: ared_appeals@ared.uscourts.gov

**Notice will be mailed to:**

Mr. Elliott Finch, Jr.
VARNER CORRECTIONAL FACILITY
P.O. Box 600
Grady, AR 71644-0600

The following document(s) are associated with this transaction:
**Document Description:** Cover Letter
**Original Filename:** /opt/ACECF/live/forms/BritnyWilliams_201695_4938345_GeneralCoverLetters_122.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105112566 [Date=07/27/2020] [FileNumber=4938345-0]
[b4cb53b22ee2c1e7794e58059a51ad5c7c99b3d6f5fac9a12d38b461808b69a0d327e8f8f2c6d67bad623e67f6e475f6209

57a9db9dd8de798b2502d1e30421d]]
**Recipients:**

- Mr. Elliott Finch, Jr.
- Mr. Jim McCormack, Clerk of Court

**Document Description:** Judgment: Judge Directed
**Original Filename:** /opt/ACECF/live/forms/BritnyWilliams_201695_4938345_JudgmentsJudgeDirected_127.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105112566 [Date=07/27/2020] [FileNumber=4938345-1]
[91cc57b2f0994455d0199d42581075b20dc6ca8c296b55ce94fd31814a7ff63d180cd57235ddb9c97c7c3a825f2cce9864b
176b44050fcb2da55826f24033c87]]
**Recipients:**

- Mr. Elliott Finch, Jr.
- Mr. Jim McCormack, Clerk of Court

The following information is for the use of court personnel:

**DOCKET ENTRY ID:** 4938345
**RELIEF(S) DOCKETED:**
   affirmed 47A
   for appointment of counsel
   to proceed on appeal in forma pauperis
   Assess fees
**DOCKET PART(S) ADDED:** 6579232, 6579233, 6520501, 6520489, 6579234, 6579235